UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF ALEXANDER BYKOWETZ, )
Deceased, by and through its Personal )
Representative, Taras Nykoriak, )
) Case Number 2:14 cv 14080 SJM MJH
      Plaintiff, ) Honorable Stephen J. Murphy, III
v. ) Magistrate Judge Michael J. Hluchaniuk
)
DIAMOND STATE INSURANCE COMPANY )
A Foreign Insurance Corporation, )
)
      Defendant. )

**STIPULATION TO EXTEND THE PARTIES RULE 26(a)(2) EXPERT WITNESS DISCLOSURE**

      IT IS HEREBY stipulated by and between the parties, through their respective attorneys, that the parties Rule 26(a)(2) Expert Witness Disclosure shall be extended from November 18, 2015 to December 15, 2015.

Dated:  November 19, 2015       /s/Michael J. Black
                                              Michel J. Black P10937
                                              Catherine L. Coash P46337
                                              Attorney for Defendant
                                              Black & Moss, P.C.
                                              2301 West Big Beaver Road, Suite 720
                                              Troy, Michigan  48084
                                              (248) 458-0600
                                              mikeb@bdlaw.us

Dated: November 19, 2015       /s/Alexander V. Lyzohub
                                              Alexander V. Lyzohub P34422
                                              Attorney for Plaintiff
                                              Law Office of Alexander V. Lyzohub
                                              14700 Farmington Road, Suite 101
                                              Livonia, Michigan 48154-5434
                                              (734) 427-5555
                                              lyzohubsecretary@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF ALEXANDER BYKOWETZ, )
Deceased, by and through its Personal )
Representative, Taras Nykoriak, )
) Case Number 2:14 cv 14080 SJM MJH
          Plaintiff, ) Honorable Stephen J. Murphy, III
v. ) Magistrate Judge Michael J. Hluchaniuk
)
DIAMOND STATE INSURANCE COMPANY )
A Foreign Insurance Corporation, )
)
          Defendant. )

**ORDER EXTENDING THE PARTIES RULE 26(a)(2) EXPERT WITNESS DISCLOSURE**

This matter having come before the Court upon Stipulation of the parties, and the Court having read the annexed stipulation and being fully informed in the premises;

IT IS HEREBY ORDERED that the parties Rule 26(a)(2) Expert Witness Disclosure are due December 15, 2015, as agreed to by the parties.

**SO ORDERED.**

        S/Stephen J. Murphy, III
        Stephen J. Murphy, III
        United States District Judge

Dated: November 24, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2015, by electronic and/or ordinary mail.

        S/Carol Cohron
        Case Manager