UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARAS NYKORIAK, Personal
Representative of the Estate of Alexander
Bykowetz,

        Plaintiff,

v.

DIAMOND STATE INSURANCE
COMPANY,

        Defendant.
        _____/

Case No. 2:14-cv-14080

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's order dated December 31, 2015, the case is **DISMISSED WITH PREJUDICE**.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 31, 2015, by electronic and/or ordinary mail.

        s/Carol Cohron
        Case Manager